(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

De-Shawn Drumlo sr #365566
1181 Paddock road
Smyrna, Delaware 19977

*(In the space above enter the full name(s) of the plaintiff(s).)*

14 - 1135

Civ. Action No. _____
(To be assigned by Clerk's Office)

-against-

SGT William Kuschel
C.O. Van Gorder
Lieutenant WALLACE

**COMPLAINT**
*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No



FILED

SEP - 5 2014

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Do not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)
        (federal defendants)

## II.    PLAINTIFF INFORMATION

Drumbo De-Shawn J                    "Drumbo"
Name (Last, First, MI)                              Aliases

#365566
Prisoner ID #

J.T.V.CC
Place of Detention

1181 Paddock Road
Institutional Address

Smyrna                DE            19977
County, City                        State        Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☑    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

The following officer's Are working at J.T.V.C.C.

Stanley Baynard    work's as internal Affairs officer at J.T.V.C.C.

SGT Austin.     work's as    SGT at J.T.V.CC.

C.O. Ingrem    works as   C.O.  at J.T.V.CC

C.O. Levin     Work's as    Co.  at J.T.V.CC.

C.O. Abernathy    work's  as  A Co  at J.T.V.CC

C.O. Hutchens     Work's  as  A Co  at J.T.V.CC.

Warden Pierce      Warden  At J.T.V.CC

Captain Burton     Captain  At  J.T.V.CC

Commissioner Coople     Commissioner of J.T.V.CC.

C.O. Paysons       C.O  AT  J.T.V.CC

The Address for All is     J.T.V.CC
1181 Paddock Road
SMYRNA, DE 19977

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

## V.    STATEMENT OF CLAIM

Place(s) of
occurrence:     #23 Building Chow Hall

Date(s) of occurrence:     MAY 29th 2014

State which of your federal constitutional or federal statutory rights have been violated:

1st , 8th i 14th Amendment's

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Please see the Next 3 Pages
of Detailed Sexual Assault

| What happened to you? |
|---|

1st. 8th And 14th Amendment violation Sexual Assault & retaliation for filing Grievances, Complaint's & Civil Suit's

I De-Shawn Drumgo SR SBI# 365566 swear under the Penalty of federal PerJury the fore Going is true.

On the Date of MAY 29th, 2014. I was walking out of the Chowhall from dinner when I walked to C.O. Van Gorder who Pointed me to Sgt William Kuschel whom I noticed had on leather black glove instead of the latex gloves usually used for "Pat-N-Frisk" searches leaving the Chow-Hall.

Sgt Kuschel told me Plaintiff Drumgo to raise my Arm's & Keep them stretched even if I felt his hands in my ass." He told me not to say Anything cause no one was going to help me." Sgt Kuschel conducted the Pat-N-frisk in An innappropriate manner that included repeatedly & slowly in Attempt's to seduce me Sgt Kuschel groped my leg's three different times until he reached my penis."

I the Plaintiff Drumgo said I will let one of Your other officer's strip search me versus Your sexaul assaulting me Sgt Kuschel went on up my penis Stroking it, Jacking it & Yankin it in A Masterbative or what he thought to be A seductive manner

I Plaintiff Drumgo Jumped saying this is the 2nd time you have sexually assaulted me. (Please see Previous Grievance refered to I.A) Sgt Kuschel was still gripping my penis Now he was squeezing my Penis intentionally maliciously & sadistically for the Purpose of Causing harm where I could now feel the cracking & burning of my skin, on the skin of my Penis. (Please see sick-call exhibit) I the Plaintiff Drumgo shouted let go of my Dick! this was objectively & sufficently serious, an unneccessary infliction of Pain inflicted by Sgt Kuschel this served no legitimate Penological PurPose." the following officer's did nothing but laugher I was humilated, embarrassed & violated Publicly.

Officer's Van Gorder, hutchins, ingrem, Aberoathy done nothing but laugh.

After all of that their was no food nor contraband recovered.
I filed a sick-call for the injury to my Penis. Sgt Kuschel ruptured the skin on my Penis. (Please see sick as Exhibit).

I've filed Grievances this time and Previously when this man caressed my nipples & Buttocks Please [see Grievance in discovery]

I also filed a sick-call to mental health about the nightmares I had night's in a Row afterwards causing me not being able to sleep for having sick vision's of being tied down and dominated by co's "Correctional officer's". this has caused me Psychological harm this is the second time something like this has happened at the hands of Sgt William Kuschel.
I again filed a grievance for this repetitive sexual Abuse.

Afterwards I spoke to C.O. Van Gorder who told me she is aware of Sgt Kuschel's M/O [motive] and that All staff is aware of his illicit sexual searches. I spoke with Co. ingrem who said that Lieutenant Wallace & Lieutenant have warned Sgt Kuschel about his Conduct being innappropriate but he goes right back to grabbing dick's.

I talked to C.O. Levin who spoke of Sgt Kuschel's conduct as a "illicit sexual searches" than when C.O. Levin realized he was talking to a convict he tried to justify the means then he went into saying he doesn't trust any co's. (Correctional officer's)

I talked to C.O. Hutchins who said under no circumstance will I do what he does grabbing nor grofing men's dick's I have one of my own.

I also approached Lieutenant Wallace to let him know infrunt of Sgt William Kuschel that I was sexually assaulted L.T. Wallace made it known he supported his officer's illegal searches however I no longer seen Sgt Kuschel when leaving the Chow-Hall.

All these officer's were aware of Sgt Kuschel's sexually assaulting inmates however they all failed to intercede or help me they just found it funny and laughed totally neglecting their duty to Speak-up & or write-up innappropriate Conduct instead they Conspired in sexual assault's on numerous occassions.

⌈this is equivalent to one in Delaware Putting one tip of a finger into⌉ a Vagina not only does the Perputrator become a Rapist & suspect but so does the People who watched & failed to call the Police

I was interviewed by A Now internal affair's officer formally a Lieutenant Stanley Baynard who was A named defendant in A Previous civil suit currently Pending. (Conflict of interest & biased) officer Baynard did not document his Questioning & when I Asked him about why he took the Position he spoke of the convience of the hours. Not because it was the right thing to do.

This officer had me transferred to bldg #21 which is known to the convict's As "the hell·Hole". this was the Second time I was transferred for filing a Grievance Against Kuschel for his Conduct & sexual assault.

On the Arrival to #21-C-L-4 their was no Electric my Cell·mate Howard Blanchfield said that he hasn't had Electric since he been in this cell. I asked Sgt Austin Could he Please turn on the Electric" he said hell no! Oh what you think their isn't Any retribution for filing Complaints About Sexual assault. You Continue on with Your Grievances we Always win.

This building is called the Hell·Hole because You recieve & I recieve half Portions of food versus what the rest of the Prisoner's Get in the rest of the building's No Contact Visit's, recreation twice A week, less PhoneCalls No Electric, Poor Counselor's, Combined with being taunted by numerous officer's About Sexual Assault ridiculing J.T.V.CC. Prisoner Rule Program on Channell 19

I have A Right to be free from a Cruel & unusual Punishmen free from retaliation for filing Grievances, Complaint's & Civil Suit's.

I De-Shawn Drumbo sr hereby verify that all facts & events averred in this Complaint are true & accurate to the best of my knowledge Affiant  D. Drumbo sr

De-Shawn, Drumbo sr
1181 Paddock rd
SMYRNA, DE 19977

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
If no, explain why not:

_____

_____

_____

_____

Is the grievance process completed?   ☑ Yes   ☐ No
If no, explain why not:

_____

_____

_____

_____

_____

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1)   Seeking to sue each officer in their individual capacity And official capacity for 1,000,000 each

2)   Drumgo the Plaintiff seek's A injunction & TRO for A Transfer to Another facility

3)   Seeking Punitive & Compensatory damages

_____

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

## VIII.   PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☑ Yes   ☐ No

If yes, how many?   3

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

A. 1:08-CV-00592 Jps / 3rd Cir Court of Appeals reversed, remanded Delawares decision vacated

b) 12-1243

C) 1:12-CV-00068 GMS Judge Gregy Sleet

(Del. Rev. 5/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7-27-14

Dated                                              Plaintiff's Signature

De-Shawn N Drumbo Sr

Printed Name (Last, First, MI)

#365566

Prison Identification #

1181 Paddock rd   Smyrna   DE   19977

Prison Address          City          State    Zip Code

**Do not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) De-Shawn Drumgo sr #365566
  (Name of Plaintiff)          (Inmate Number)

1181 Paddock Road, Smyrna, De, 19977
  (Complete Address with zip code)

(2)_____
  (Name of Plaintiff)          (Inmate Number)

:
:
:
:
:
:
:
:     **1 4 - 1 1 3 5**
:     _____
:          (Case Number)
:     ( to be assigned by U.S. District Court)

_____
  (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

:
:
:
:
:
:

                    vs.

(1) SGT William Kuschel
(2) C.O. Van Gorder
(3) Lieutenant Wallace
  (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed.  Use additional sheets if needed)

:
:     **CIVIL COMPLAINT**
:
:
:
:     • • Jury Trial Requested
:
:
:
:
:

---

**I.   PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
     including year, as well as the name of the judicial officer to whom it was assigned:

A)   1:08 - CV- 00592  Jbs  /  3rd cir Court of Appeal reverse, remanded
     Delaware's decision Vacated
b)   12-1243
C)   1:12-CV- 00608  GMS   Judge sleet
_____
_____

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution?   ✓ Yes   • • No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims?   ✓ Yes   • • No

C.   If your answer to "B" is Yes:

1.   What steps did you take?   Wrote Grievance, interviewed by internal affairs Called "Prea" Prisoner Rape

2.   What was the result?   retaliation being sent to A building #21 Called the hell-Hole No Electric, No Air Conditions, No Hot water Poor Counselor.

D.   If your answer to "B" is No, explain why not: _____

_____

## III.   DEFENDANTS (in order listed on the caption)

(1) Name of first defendant:   SGT William Kuschel

Employed as   SGT   at   J.T.V.CC

Mailing address with zip code:   1181 Paddock Road Smyrna, Delaware  19977

(2) Name of second defendant:   C.O. Van Gorder

Employed as   C.O   at   J.T.V.CC

Mailing address with zip code:   1181 Paddock Road Smyrna, Delaware  19977

(3) Name of third defendant:   Lieutenant Wallace

Employed as   Lis tenant   at   J.T.V.CC

Mailing address with zip code:   1181 Paddock Road Smyrna, Delaware  19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

**IV. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets of paper if necessary.)

1. SGT William Kuschel sexually Assaulted me and has Assaulted other's this man Grabbed my Penis in Attempt's to Rip it off after he tried to seduce me And I rejected his Advances Please Complaint Next Page

2. C.O. Van Gorder failed to stop the Assault she Also failed to write-UP such conduct that happened Daily which could have Prevented the Assault of Drumbo

3. Ligutenant Wallace failed to intercede write-UP Report incident And said he Agreed with such Conduct

**V.   RELIEF**

(State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. Seeking to sue each officer in their individual Capacity And official Capacity for 1,000,000 each

2. Drumgo the Plaintiff seeks A injunction's TRO for A Transfer to Another facility

3. Seeking Punitive & Compensatory damages

3

The following officer's Are working at J.T.V.CC.

Stanley Baldnard    work's as internal Affairs officer at J.T.V.CC.

SGT Austin.    work's as SGT at J.T.V.CC.

C.O. Ingrem    works as C.O. at J.T.V.CC

C.O. Levin    work's as CO. at J.T.V.CC.

C.O. Abernathy    work's as A CO at J.T.V.CC

C.O. Hutchins    work's as A CO at J.T.V.CC.

Warden Pierce    Warden At J.T.V.CC

Captain Burton    Captain At J.T.V.CC


The Address for All is

J.T.V.CC
1181 Paddock Road
Smyrna, DE 19977

1st and 14th Amendment Violation Sexual Assault & Retaliation for filing Grievances, Complaint's & Civil suit's

I De-Shawn Drumgo SR  SBI# 365566 swear under the Penalty of federal Perjury the foregoing is true:

On the Date of MAY 29th, 2014. I was walking out of the Chowhall from dinner when I walked to C.O. Van Gorder who Pointed me to Sgt William Kuschel whom I noticed had on leather black gloves instead of the latex gloves usually used for "Pat - N - Frisk" searches leaving the Chow-Hull.

Sgt Kuschel told me Plaintiff Drumgo to raise my Arms & keep them stretched even if I felt his hands in my ass." He told me not to say Anything cause no one was going to help me." Sgt Kuschel conducted the Pat - N - frisk in An innappropriate manner that included repeatedly & slowly in Attempt's to seduce me Sgt Kuschel groped my leg's three different times until he reached my penis."

I the Plaintiff Drumgo said I will let one of Your other officer's strip search me versus Your sexaul assaulting me. Sgt Kuschel went on up my penis stroking it, Jacking it & Yanking it in A Masterbative or what he thought to be A seductive manner.

I Plaintiff Drumgo Jumped saying this is the 2nd time You have sexually assaulted me.(Please see Previous Grievance refered to I.A) Sgt Kuschel was still gripping my penis Now he was squeezing my Penis intentionally maliciously & Sadistically for the Purpose of Causing harm where I could now feel the cracking & burning of my skin, off the skin of my Penis. (Please see sick-call exhibit)

I the Plaintiff Drumgo shouted let go of MY Dick! this was objectively & sufficontly serious, an unneccessary infliction of Pain inflicted by Sgt Kuschel this served no legitimate Penological Purpose." the following officer's did nothing but laughed

I was humilated, embarrassed & violated Publicly.
Officer's Van Gorder, hutchins, ingrem, Abernathy done nothing but laugh.

After All of that their was no food nor contraband recovered.

I filed A sick-call for the injury to my Penis Sgt Kuschel ruptured the skin on my Penis. (Please see sick as Exhibit)

I've filed Greviances this time and Previously When this man caressed my nipples & Buttocks Please (see Grievance in discovery)

I Also filed A sick-call to mental health About the nightmares I had night's in A Row Afterwards Causing me not being able to sleep for having sick vision's of being tied down and dominated by co's Correctional officer's". this has Caused me Psychological harm this is the second time something like this has happened at the hands of SGT William kuschel.

I again filed a grievance for this repetitive sexual Abuse.

Afterwards I spoke to C.O. VAN Gorder who told me she is Aware of Sgt Kuschel's M/o (motive) And that All staff is Aware of his illicit sexual searches. I spoke with co. ingrem who said that Lieutenant Wallace & Lieutenant have warned Sgt kuschel About his Conduct being innapropriate but he goes right back to grabbing dick's".

I talked to C.O. Levin who spoke of Sgt Kuschel's conduct as a "illicit sexual searches" than when C.O. Levin realized he was talking to A convict he tried to Justify the means then he went into saying he doesn't trust Any Co's. (Correctional officer's)

I talked to C.O. Hutchins who said Under no circumstance will I do what he does grabbing nor grofing men's dick's I have one of my own."

I Also Approached Lieutenant Wallace to let him Know infrunt of Sgt William Kuschel that I was sexually assaulted L.T. Wallace made it Known he supported his officer's illegal searches However I no longer seen Sgt kuschel when leaving the Chow-Hall.

All these officer's were Aware of Sgt Kuschel's sexually Assaulting inmates however they All failed to intercede or help me they Just found it funny and laughed totally neglecting their duty to Speak-UP & or write-UP innapropriate Conduct instead the Conspired in sexual assault's on numerous occassions.

"this is Eauivalent to one in Delaware Putting one tip of A finger into A VAgina not only does the Perputrator become A Rapist & Suspect but so does the People who watched & failed to call the Police.

I was interviewed by A Now internal affairs officer formally a Lieutenant Stanley Baynard who was A named defendant in A previous civil suit currently pending. (conflict of interest & biased) officer Baynard did not document his questioning & when I asked him about why he took the position he spoke of the convience of the hours. Not because it was the right thing to do.

This officer had me transferred to blda #21 which is known to the convict's As the "hell-Hole". this was the second time I was transferred for filing a grievance Against Kuschel for his conduct & sexual assault.

On the Arrival to #21-C-L-4 their was no Electric my cell-mate Howard Blanchfield said that he hasn't had Electric since he been in this cell. I asked Sgt Austin could he please turn on the Electric "he said hell no! Oh what you think their isn't Any retribution for filing complaints About sexual assault. You Continue on with Your Grievances we Always win.

This building is called the Hell-Hole because you recieve & I recieve half portions of food versus what the rest of the prisoner's Get in the rest of the building's No contact visit's, recreation twice A week, less Phone Calls No Electric, Poor Counselor's, combined with being taunted by numerous officer's About sexual Assault ridiculing J.T.V.CC. prisoner Rule Program on Channell 19

I have A Right to be free from a cruel & unusual Punishment free from retaliation for filing grievances, complaint's & civil suit's.

I De-Shawn Drumbo sr hereby verify that all facts & events averred in this complaint are true & accurate to the best of my knowledge Affiant N. Drumgo s

De-Shawn Drumbo sr
1181 Paddock rd
SMYRNA, DE 19977

2. _____

    _____

    _____

    _____

    _____

3. _____

    _____

    _____

    _____

    _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___12th___ day of ___June_____, 2014___.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I swear under the Penalty of federal Perjury The foregoing is true.
Isaiah J. Walker   ser 499268    4x12 shift

I, Isaiah J. Walker, On 5-29-14 seen convict Deshawn Drumgo sr coming out of the chowhall at the time I was being patted down around the waist and around my chest area which is normal procedure.

However, I watched SGT Kushel search convict Drumgo in a total different method, this man went up both of Drumgo's legs individually. And when he got up to Drumgo's right leg after the left leg, I could see, SGT Kushel, clutching Drumgo's groin area. Drumgo hollered to the top of his lungs "let go of my "Dick"!!!

This is sexual assault and I'm reporting this!!! The rest of the officers laughed "Abernathy"!

Now I was locked on this SGT Kushel because he is known for his sexual assault and harrassment and every body tries to go to another officer for fear of what happen to Drumgo.

So this is Why me and other's attention is Always on SGT Kushel harrassment & Assault.

Isaiah J. Walker   5-30-14

I Swear Under Tha Penalty Of Federal Parjury The Foregoing Is To Be True.

Date 5-29-14 ( 4 to 12 Shift)

I Curtis Mercer 362028 Seen Inmate De-Shawn Drumgo Exiting Out Of The Chow Hall In Building 24. At This Time Mr. Drumgo Was Being Searched By SGT. Kushel While I Was Being Searched By Another C/o Who Was Searching Around my Waist And Chest Area; Which Is The Regular Search All Inmates Are Subjected To After Leaving Tha Chow Hall Three Times A Day.

During The Searches I Notice SGT. Kushal Searching Mr. Drumgo In A Different Manner; By Going Up And Down Drumgo's Right Leg, Lingering Around Where Ones Private Area Is Located (ie Pens) The SGT. ( Kushel ) Has What Looked Like A Handful Of Mr. Drumgo Genitals, Which Made Drumgo Holler "Let Go Of my Dick"!

Mr. Drumgo Outburst Caused The Other C.O's To Look In His Direction. Drumgo Natural Reaction Was To Jeak Away To Force SGT. Kushel To Release His Genitals. The Other Officers Including SGT. Abcernathy Laughed At The Incident. Throughout Tha Prison SGT. kushal Is Known For Fondling Inmates Genital Area. I'm Sure Numerous Complaints And Grievances Have Been Put In [Filed Against SGT. Kushel. Knowing SGT. Kushel M/o I Avoid Or Observe Him Carefully Whenever He's In The Area Of Where I'm Housed ~~Curtis~~ Mercer  5-29-14

Emergency Grievance

**FORM #584**

## GRIEVANCE FORM

FACILITY: J.T.V.C.C.  DATE: 5-29-14 Turned in 5-30-14

GRIEVANT'S NAME: De-Shawn Drumgo SR  SBI #: 365566

CASE #: _____  TIME OF INCIDENT: 4 to 12

HOUSING UNIT: 23-C-U-11

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE.  GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On the Above date & time I was walking out of the Chow-Hall when
SGT Kushel Grabbed my Genitelia. After seductively Grooming or
Groping my leg until he reached my Genitelia in Attempt's to
Arouse me. But only Aroused himself. As I immediately Jumped
SGT Kushel still was Groping my Genitelia I have written A Grievance
Before And it was sent to Internal Affairs Now I Demand something
Be Done I will Be Calling "PREA" Because I was Just Assaulted for
the second time. SGT Kushel Also Asked me to Pull my Pant's Down
So He Could see if that was All me". I'm not the only one who
has filed Complaint's their's A Reason Everybody Evades this man. No More,
I was humilated for the last time

ACTION REQUESTED BY GRIEVANT: That this be investigated 2) that I not Be
retaliated Against for filing A Grievance 3) That I Never be
Assaulted By this MAN Again 4) that I recieve this officer's
full Name for Civil Action 5) that All Grievance Be reviewed
About this man 6) That this retaliation, Assault, harrassment stop

GRIEVANT'S SIGNATURE: _____  DATE: 5-31-14

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

Witnesses
Brown

**(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)**

GRIEVANT'S SIGNATURE: _____  DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
   GRIEVANT

April '97 REV

