IN the United States District Court for Delaware

De-Shawn Drumbo Jr

V

Radcliff, Burris, Markell Governor Drace, Pennell, Corbett et Al

Case numbers: 1:12-CV-00127-GMS
1:12-CV-01204-GMS
1:12-CV-0068-GMS
1:08-CV-00592-GMS
1:14-CV-01134-GMS
1:14-CV-01135-GMS
1:14-CV-01136-GMS

## Motion for Appointment of Counsel

1) Petitioner is a Pro se litigant currently litigating in 7 Active Cases

2) Petitioner has a limit knowledge of the law

3) Petitioner has only a 4th Grade education

4) Petitioner has limited Amount of Resources & Access to recieve or study law beings tho he is been confined in the SHU for 7 Years Plus

5) Plaintiff's cases have merit & will survive summary Judgement.

RECEIVED MAR 03 2015 U.S. DISTRICT COURT DISTRICT OF DELAWARE

#365566
1181 Paddock Rd
Smyrna, DE 19977

I/M D. Drumgo Sr.
SBI# 365366   UNIT 18·D·13
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. POSTAGE >> PITNEY BOWES
ZIP 19977   $ 000.69⁰
0001379774 FEB 28 2015

MAR 03 2015
U.S. COURT
DISTRICT DELAWARE

United States District Court
844 N. King St #18
Wilm, DE
19801