IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 14-1135 GMS |
| | ) |
| SGT. WILLIAM KUSCHEL, et al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants William Kuschel, Cheryl Vangorder, Daniel Hutchins, Terrell Ingram, Paul Abernathy, David Alston, and Stanley Baynard, by and through undersigned counsel, hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure Rule 56 to enter judgment for the reasons stated in Defendants' Opening Memorandum of Points and Authorities in Support of their Motion for Summary Judgment and other papers filed in connection with the motion.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Stuart B. Drowos*_____
Stuart B. Drowos (I.D. #000427)
Deputy Attorney General
Carvel State Building
820 French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

DATED: January 29, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-1135 GMS |
| | ) |
| SGT. WILLIAM KUSCHEL, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

This _____ day of _____, 2016.

**WHEREAS,** William Kuschel, Cheryl Vangorder, Daniel Hutchins, Terrell Ingram, Paul Abernathy, David Alston, and Stanley Baynard ("Defendants"), having moved for judgment pursuant to Fed. R. Civ. P. 56; and,

**WHEREAS,** the Court has reviewed the papers filed in connection with the matter.

**IT IS HEREBY ORDERED**, that Defendants' Motion for Summary Judgment is GRANTED and JUDGMENT is entered in its favor and against the Plaintiff.

_____
The Honorable Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SGT. WILLIAM KUSCHEL, et al., )<br>)<br>Defendants. ) | C.A. No. 14-1135 GMS |

## CERTIFICATE OF SERVICE

Defendants William Kuschel, Cheryl Vangorder, Daniel Hutchins, Terrell Ingram, Paul Abernathy, David Alston, and Stanley Baynard, by and through undersigned counsel, Deputy Attorney General Stuart B. Drowos, hereby certify that on this 29th day of January, 2016, he electronically filed Defendants' Motion for Summary Judgment and Opening Memorandum of Points and Authorities in Support of their Motion for Summary Judgment on *CM/ECF* and caused them to be delivered by U.S. mail, postage prepaid, one (1) true and correct copy of the foregoing Motion and Memorandum to the following:

DeShawn Drumgo
SBI#365566
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Stuart B. Drowos*
Stuart B. Drowos (I.D. #000427)
Deputy Attorney General
Carvel State Building
820 French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants