IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No.  14-1135 GMS |
| | ) |
| SGT. WILLIAM KUSCHEL, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

Defendants William Kuschel, Cheryl Vangorder, Daniel Hutchins, Terrell Ingram, Paul Abernathy, David Alston, and Stanley Baynard, by and through undersigned counsel, Deputy Attorney General Stuart B. Drowos, hereby certify that on this 29th day of January, 2016, he electronically filed Defendants' Motion for Summary Judgment and Opening Memorandum of Points and Authorities in Support of their Motion for Summary Judgment on *CM/ECF* and caused them to be delivered by U.S. mail, postage prepaid, one (1) true and correct copy of the foregoing Motion and Memorandum to the following:

DeShawn Drumgo
SBI#365566
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Stuart B. Drowos*_____
Stuart B. Drowos (I.D. #000427)
Deputy Attorney General
Carvel State Building
820 French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants