United States District Court for Delaware

De-Shawn Drumgo sr
  Plaintiff

V

SGT William Kuschel et al

FILED
FEB 22 2016
U.S. DISTRICT
DISTRICT OF DELAWARE

14-1135 GMS

Case No. 1:14-cv-1135

Motion for Appointment of Counsel

1) Plaintiff is a Pro se litigant
2) Plaintiff has moved for and or motion for counsel on the basis he is unable to obtain discovery in full
3) Plaintiff is motioning the court for counsel on the basis of his limited knowledge of the law
4) Plaintiff has established Genuine factual material that exist which in turn a trial is needed
5) The Plaintiff has limited reach of resources such as the law library and or research versus that of the opposition.
6) the Plaintiff has also established a dispute of fact's
7) Plaintiff has demonstrated how he was sexually assaulted

Respectfully submitted    D. Drumgo sr #365566
                          1181 Paddock road
                          Smyrna, DE 19977

Date 2-10-16