IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 14-1135-GMS |
| SGT. WILLIAM KUSCHEL, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the court's Memorandum of this same date, IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment (D.I. 45) is GRANTED.

Dated: July 22, 2016

_____
UNITED STATES DISTRICT JUDGE