IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 14-1135-GMS |
| SGT. WILLIAM KUSCHEL, et al., | ) ) ) |
| Defendants. | ) ) |

**JUDGMENT**

For the reasons stated in this Court's Memorandum and Order entered on July 22, 2016 (D.I. 59, 60);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Willaim Kuschel, Cheryl VanGorder, Paul Abernathy, Daniel Hutchins, Stanley Baynard, David Alston, and Terral Ingram, and against plaintiff DeShawn Drumgo. This case is now closed.

United States District Judge

Dated: 7/22/2016

(By) Deputy Clerk