In the United States District Court
for the District of Delaware

DeShawn Drumgo
　　　　Plaintiff

v.                                                    Civil Action No. 14-1135-GMS

Sgt William Kuschel
　　　　et al.
　　　　Defendants

<u>Notice of Appeal</u> to Be filed Immediately After the Decision of this Motion Enclosed for Reconsideration.

Appealing to the ~~united~~ third Circuit Court of Appeals.

　　　　　　　　　　　　　_D. Drumgo_

1181 Paddock road
Smyrna DE 19977

8-1-16

D. Brungo SB# 365560
23AL9 J.TVCC
1181 Paddock road
SMYRNA, DE C9977

To: United States District Court
    for Delaware
    844 N. King Street
    Wilmington, Delaware
                    19801