UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-3308
_____

DE SHAWN DRUMGO,
                      Appellant

v.

SGT WILLIAM KUSCHEL; C/O VAN GORDER; LT. WALLACE; STANLEY
BAYNARD; SGT AUSTIN; C/O INGREM; C/O LEVIN; C/O ABERNATHY; C/O
HUTCHINS; WARDEN JAMES T VAUGHN CORRECTIONAL CENTER; CAPT.
BURTON; COMMISSIONER COULE; C/O PAYSONS
_____

On Appeal from the United States District Court
for the District of Delaware
(D. Del. No. 1-14-cv-01135)
District Judge:  Honorable Gregory M. Sleet
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 15, 2017
Before:  RESTREPO, SCIRICA and FISHER, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the District of Delaware and was submitted pursuant to Third Circuit LAR

34.1(a) on March 15, 2017.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court

entered July 25, 2016, be and the same is hereby affirmed in part, vacated in part, and the

matter remanded for further proceedings. Costs shall not be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: March 27, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** ___04/18/17___

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**