United States District Court for District of Delaware

Da'Shaun Drungo

V

SGT William Kuschel

Ca No. 1:14-cv-01135GMS
Ca No. 16-3308

Motion for Allotment of Counsel

1. Plaintiff is Currently Proceeding Pro Se
2. Plaintiff's research, Affidavits, Motions, strategies Discovery and or Discoverable Documents have been Destroyed by the Vicious, Malicious and Sadistic staff of DOC.
3. Plaintiff case has been Vacated & remanded in which in the matter of Drungo V Brown Entitles Plaintiff to Counsel
4. The Defendant's have been Exposed to intentionally withholding Documents and lying under the Penalty of Federal Perjury : ie. the Grievance withheld and lied about that caused such Remand

1

5. Plaintiff needs full discovery in which the defense is known for depriving and withholding.

6. The Plaintiff has Established on the Record Grievances, Affidavits And also A sworn & verified Complaint which is Establishing Genuine material Excuse no Genuine factual material that exists to Preclude a Summary Judgment

7. The Plaintiff also seeks A copy of the Entire Record for case No. 1:14cv-01135

Respectfully
Submitted

[signature]

4-17-17

2

Double sided

## Certificate of Service

I, De-Shawn Drungo SD, hereby certify that I have served a true and correct copy(ies) of the attached: __Motion for Appointment of Counsel__ Upon the following parties/person (s):

TO: U.S. D.C
844 N. king st
Wilm, DE
19801

TO: U.S.C.A
21400 U.S. Courthouse
610 Market st
Phila, PA
19106-1790

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the James T. Vaughn Correctional Center, Smyrna, DE 19977.

On this __17__ day of __April__, 20__17__

3