In The United States District Court
for the district of Delaware

De-Shawn Drumgo

Civ No. 14-1135-GMS

William Kuschel

## Motion for Appointment of Counsel

1. The Plaintiff is currently a Pro se litigant

2. The Plaintiff has had a very difficult time trying to retrieve Discovery from the defendants.

3. Proceeding to Summary Judgment and or trial without discovery can be a crippling Blow.

4. Plaintiff has had problems having a sanction imposed for the defendant's constantly failing to turn over Discovery and or All thing's Discoverable.

5. For the following reasons the Plaintiff Motions this Court for Appointment of Counsel.

Respectfully submitted.

D. Drumgo #365564
1181 Paddock road
Smyrna, DE 19977