# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 14-1135 GMS |
| | ) |
| SGT. WILLIAM KUSCHEL, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant William Kuschel ("Defendant") by and through his undersigned counsel, hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure Rule 56 to enter judgment for the reasons stated in Defendant's Opening Memorandum of Points and Authorities in Support of his Motion for Summary Judgment and other papers filed in connection with the motion.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Stuart B. Drowos*
Stuart B. Drowos (I.D. #000427)
Deputy Attorney General
Carvel State Building
820 French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

DATED: September 27 2017

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DE SHAWN DRUMGO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SGT. WILLIAM KUSCHEL, )<br>)<br>Defendants. ) | C.A. No. 14-1135 GMS |

**O R D E R**

This _____ day of _____, 20\_\_\_\_,

**WHEREAS,** William Kuschel, ("Defendant"), having moved for summary judgment pursuant to Fed. R. Civ. P. 56; and,

**WHEREAS,** the Court has reviewed the papers filed in connection with the matter.

**IT IS HEREBY ORDERED**, that Defendant's Motion for Summary Judgment is GRANTED and JUDGMENT is entered in his favor and against the Plaintiff.

_____
The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

Defendant William Kuschel, by and through his undersigned counsel, Deputy Attorney General Stuart B. Drowos, hereby certifies that on this 27th day of September, 2017, he electronically filed Defendant's Motion for Summary Judgment and Opening Memorandum of Points and Authorities in Support of his Motion for Summary Judgment on *CM/ECF* and caused them to be delivered by U.S. mail, postage prepaid, two (2) true and correct copies of the foregoing Motion and Memorandum to the following:

DeShawn Drumgo
S.I.# NC1640
SCI Camp Hill
P.O. Box 200
Camp Hill, Pennsylvania 17001
*Pro se*

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Stuart B. Drowos*
Stuart B. Drowos (I.D. #000427)
Deputy Attorney General