# EXHIBIT VII

Drumgo v. Kuschel, et al.  
De-Shawn Drumgo, Sr.  
November 30, 2015

### Page 233

De-Shawn Drumgo, Sr.

```
 1                    I N D E X
 2  DEPONENT:  DE-SHAWN DRUMGO, SR.          PAGE
 3     Examination by Mr. Drowos               2
 4
 5                   E X H I B I T S
 6
    DRUMGO DEPOSITION EXHIBITS              MARKED
 7
    Exhibit 1    Reply to Defenses'           129
 8                Answers
 9  Exhibit 2    Medical form                 194
10  Exhibit 3    Grievance Form dated         206
11                5/29/14
    Exhibit 4    Grievance Form dated         206
12                5/30/14
13
14  DIRECTIONS NOT TO ANSWER        PAGE    LINE
15        NONE
16  REQUESTS MADE FOR DOCUMENTS     PAGE    LINE
17        NONE
18
19  READING AND SIGNING INSTRUCTIONS     PAGE 234
    ERRATA SHEET                         PAGE 235
20  CERTIFICATE OF REPORTER              PAGE 236
21
22
23
24
```

### Page 234

De-Shawn Drumgo, Sr.

1  READING AND SIGNING INSTRUCTIONS
2
3
4  After reading the transcript of your
5  deposition, please note any change or
6  correction and the reason therefor on the
7  errata sheet that appears on the following
8  page. DO NOT MAKE ANY MARKS OR NOTATIONS ON
9  THE TRANSCRIPT ITSELF. Please sign and date
10 the errata sheet and return it to our office
11 at the address indicated below. Our office
12 will distribute copies of the executed errata
13 sheet to all counsel. If necessary, you can
14 make additional copies of the errata sheet.
15
16 Rule 30(e) governing this procedure provides
17 the deposition may be filed as transcribed if
18 you do not return a signed errata sheet within
19 30 days.
20
21    RETURN ORIGINAL ERRATA SHEET TO:
22 Wilcox & Fetzer, Ltd.
23 1330 King Street, Wilmington, DE 19801
24 depos@wilfet.com - 302-655-0477

### Page 235

De-Shawn Drumgo, Sr.

1  DEPONENT:  De-Shawn Drumgo, Sr.
   DATE:      November 30, 2015
2  CASE:      Drumgo v. Kuschel, et al.
3                  ERRATA SHEET
   PAGE/LINE/   CHANGE OR CORRECTION AND REASON
4
5  41, 23, Absolutely NOT (it was missed)
6  42, 17, Wrong it was based on fact of what happ-
7  46, 23, NOT sure (question too fast) to me.
8  50, 9, Yes (Make Clear)
9  60, 11, The 1st grievance was sent to I.A. by
10 ___/___, grievance board saying NON-grievable
11 64, 20, And I'll send it to U.S.D.C.
12 86, 11, I'm saying Yes And it was in my
13 ___ First and 2nd grievance.
14 112, 12, have Exhibit A You Can't find
15 112, 21, the heck was done Yes        Exhibit.
16 ___/___ Can't find that right there?
17 173, 10, I said Stanley Baynard And
18 Sgt. William Kuschel are seated in this
19 ___ Room in Deposition in attempts to intimid-
20 the Plaintiff Drumgo
   I have read the foregoing transcript of my
21 deposition and, except for any corrections or
   changes noted above, I hereby subscribe to the
22 transcript as an accurate record of the
   statements made by me.
23
   Date: [signature]  12-27-15
24         Signature of Deponent

### Page 236

De-Shawn Drumgo, Sr.

1  STATE OF DELAWARE  )
                      )
2                     )
   NEW CASTLE COUNTY  )
3
4          CERTIFICATE OF REPORTER
5
6      I, Robert Wayne Wilcox, Jr., Registered
   Professional Reporter and Notary Public, do
7  hereby certify that there came before me on
   November 30, 2015, the deponent herein,
8  DE-SHAWN DRUMGO, SR., who was duly sworn by me
   and thereafter examined by counsel for the
9  respective parties; that the questions asked
   of said deponent and the answers given were
10 taken down by me in Stenotype notes and
   thereafter transcribed by use of
11 computer-aided transcription and computer
   printer under my direction.
12
        I further certify that the foregoing is a
13 true and correct transcript of the testimony
   given at said examination of said witness.
14
        I further certify that I am not counsel,
15 attorney, or relative of either party, or
   otherwise interested in the event of this
16 suit.
17
18
19         [signature]
20         Robert Wayne Wilcox, Jr., RPR
21
22
23
24