IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 14-1135 GMS |
| | ) |
| SGT. WILLIAM KUSCHEL, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

Defendant William Kuschel, by and through undersigned counsel, Deputy Attorney General Stuart B. Drowos, hereby certifies that on this 27th day of September, 2017, he electronically filed Defendant's Motion for Summary Judgment and Opening Memorandum of Points and Authorities in Support of said Motion for Summary Judgment on *CM/ECF* and caused them to be delivered by U.S. mail, postage prepaid, one (1) true and correct copy of the foregoing Motion and Memorandum to the following:

De Shawn Drumgo
SI# NC1640
SCI Camp Hill
P.O. Box 200
Camp Hill, Pennsylvania 17001

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Stuart B. Drowos*
Stuart B. Drowos (I.D. #000427)
Deputy Attorney General
Carvel State Building
820 French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant