United State District Court for Delaware

DeShawn Drumgo

v.

Mischel

brown

Todd Brace

FILED
SEP 28 2017
JMS
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Case No: ~~[redacted]~~

1:14-cv-01134
1:14-cv-01135
1:14-cv-01136

Motion for Appointment of Counsel _____

1. The Plaintiff is A Pro Se Litigant

2. The Plaintiff's Property in Regards to All Cases was Destroyed Feb 1st, 2017 After A Hostage situation by DOC Official's Maryland & Also Delaware state Police Viciously, sadistically and Sadistically.

3. The State And DOC has took another step towards further retaliation this time sending and or Transferring the Plaintiff out of State Again without Any of his Property (LEGAL Work) Just reordered And re-issued by the Judge And research. The State and or Defendant's Muse found A way to seize, Read and Possibly Destroy that. This is outrageous after 7 months of trying to Replevin, recoop and or Restore.

This is equivalent to hurricane Irma, harvey then Katrina Back to Back to Back. No way to recover and money wasted! While the Defendants sit relaxing and or content that their Connections play to their Advantage in this David And Goliath. Gargantuan

4. The Plaintiff's and his Family had just bought new Appliances Television, Radio, Fan, Headphones And Hygene Products, Food, sneaker, restoring A nice percentage of his Paperwork (50%) and legal Books And once Again the Defendant's have found A way to Destroy, Deprive And or Read And leave the Plaintiff with not much as A Reciept. nor Inventory sheet.

5. The Plaintiff had A court Date after Many Delay's in Delaware's Small claim Court Justice of the Peace #9 in which the Defendants constantly Delay or Post Poned the last issued Date was Sept 28, 2017 where the Plaintiff faced the Possibility of Replevin the Defense in Another case in Regards to Feb 1, 2017 Kevin Brathwaite was Ruled in Default

2

3

Due to the Defendant failure to Reply so the same would of Probably happen Again the Defendants found A way to intervene And or further Deprive the Plaintiff what he is owed.

6) The Plaintiff needs counsel to evade All Acts of the Defense Attack's, Trickery And or Belickery which seems to be unpredictable

7) The Plaintiff needs counsel to retrieve Documents for each case And store copies of each case with each counsel for fear of further Destruction or Deprivation

8) The Plaintiff needs counsel to retrieve ~~take~~ Discovery which the Defendants never turn over in full

Plaintiff Respectfully submits this Appointment of Counsel

9-24-17   SCI Camp Hill
          P.O. Box 200
          Camp Hill, PA 17001



Case 1:14-cv-01135-CFC Document 101 Filed 09/28/17 Page 4 of 4 PageID #: 743