In The United State District Court for Delaware

De-Shawn Drumgo Sr

V

Kuschel, Markell
And Pierce

C.A. No. 1:14-cv-01135 GMS
1:14-cv-01134 GMS
1:17-cv-00188 GMS

**Motion of Injunction to force the Dept of Justice to Compelle Delaware DOC to order their Contractor's of PA DOC to Turnover Plaintiff's Legal Documents Concerning these Cases And if Not the Plaintiff Request Appointment of Counsel.**

1. Plaintiff is a Pro se litigant

2. Plaintiff has A motion of Consideration And or Reconsideration in his Property A form of Appeal that he is unable to retrieve or send in this damage is irreparable harm.

3. Plaintiff has again been transferred this time to SCI-Coaltownship at 1 Kelley Drive Coaltownship, PA.

4. Plaintiff has been transferred four different time each time the Plaintiff loses more and more giving the State Defense a higher hand

5. The Plaintiff wishes to Perserve these issues on Appeal in the Future.

6. Plaintiff has recieved documents issued from the court in Regards to Case No. 1:14-cv-01135 and 1:14-cv-01134 GMS however they have been either Destroyed or Deprive Thus making the Plaintiff Case impossible to litigate.

7. Whenever the Plaintiff is Able to research law he will Quote the Case where the Plaintiff Document we illegally seized and he was entitled to Counsel.

A B

8. In Pennsylvania You must sacrifice and or Hunger strike to be able to talk to Your lawyer or Counsel under this Restricted living basic illegally living in the hole contrary to Delaware House bill 148 No 5. New law that no Prisoner is to be housed in the hole longer than 15 days. The Plaintiff has been sent out of state with No Due Process of any sort no write-up in Almost 3 Years No Charge however indefinitely confined to the hole. What does the state of Delaware expect the Plaintiff to do when freed lord willing 2026 after being fed nothing but hate and solitary confinement of Almost 11 years And counting No rehabilitation, No Education, Nothing but hate and warehousing being served.

9. The defense continues to Capitalize off of lying cheating stealing and all kinds of befuckery on and off the record. This continues on with little to no Accountability If the 3rd circuit hadn't reverse 1:14-CV-01135GMS Stuart Drowos and Doc would have gotten off scott free. All because Stuart withheld a grievance saying the plaintiff who files so many grievances he was nicknamed the grievance king. Did not file a grievance on the sexual Assault. And the district court believed the Defense.

Now again the defense tries again with a forged Inventory sheet if You see 1:17-CV-00188 GMS Amended Not only was the Plaintiff handcuffed behind his back for hours he was also on Camera for the foregoing Reason's the Plaintiff Requests That the Court interview Pablo DiAmuni, Jermaine Greene Allison lumont Norman, Curtis Dupree All be subpoena and simply Asked did they sign for the property before being kidnapped or leaving Delaware? Absolutely Not! This foolery is outrageous And Must be stopped!

The Plaintiff is being Repetively transferred because Delaware Doc retaliatory Attempts this everytime benefits Stuart Drows and the Defense if the Plaintiff is Appointed Counsel for the most the foolishness and upper hand stu's Because the Attorney will maintain and perserve most of the Documents

The Plaintiff has Also Attempted to resolve Case No. 1:14-CV-01134 GMS for the intrest of the Public To No Avail with Stuart Drowos and a Dochet sheet.

The Plaintiff is still in need of his summary Judgment brief file in Case No. 1:14-CV-01135 GMS where the case was previously dismissed

# NC1640
1 Kelley Drive
Coaltownship, PA 17866