I swear under the penalty of federal perjury the foregoing is true. Alem Lopez SBI #285421

I Alem Lopez, on 5/29/14 after coming out the chowhall was asked by Sgt. Kushel to go to him to get patted down. When i went to him, Sgt. Kushel did not pat me down, but sexually assaulted me. He ran his hands on the inside of my legs, and when he got close to my privates i thought that he would stop, but he kept going, and then grabbed my privates. I immedately told him yo what the fuck you doing grabbing my shit as i immedately pulled away from him. "you're o.k. you can go." Sgt. Kushel said.

As i walked away i looked back to see how, and who Sgt. Kushel would "supposely" pat down next. I then noticed it was Mr. Deshawn Drumgo SR, and Sgt. Kushel also sexually assaulted Mr. Drumgo by grabbing his privates making Mr. Drumgo yell "let go of my dick!" The c/o's that were around just laughed but did nothing. When i got back to the building i filed a grievance but since i never heard nothing back, i later filed another grievance on this, but never heard nothing from that one either. Mr. Drumgo was moved to a more secured area for contacting PREA, so i was scared to continue filing grievances on this matter because i didn't want to be retaliated on in no kind of way.



FILED
FEB 27 2018
US DISTRICT COURT
DISTRICT OF DELAWARE

Alem Lopez