In the United States District Court for the
District of Delaware

De-Shawn Drumgo

V

CPL Mathew Dutton etal



FILED
APR - 4 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NO. 1:14-CV-01134GMS
1:14-CV-01135GMS
1:17-CV-00188GMS

Plaintiff Motions the Court for
A scheduling order And Appointment

1. Plaintiff is Currently a Pro Se litigant

2. Plaintiff is still out of State in Pennsylvania being tortured in the Hole without any Justification No Due Process no write up Nor Charge Nor indictment of Justification.

3. the Plaintiff mail is often Destroyed, Deprived And Adequate Access to the Courts becomes Questionable when the Plaintiff is indigent Unlike J. TVaughn Also the retaliation, harrassment Daily because the Plaintiff was A victim and Assaulted However the Staff here treat the Plaintiff as if he was A Culprit Co-Conspirator And Indicted Daily Being Called a Co. killer & Cop-killer by Correctional officers And even medical staff the Plaintiff stick's out like a Sore thumb only because he is Isolated in the Hole with No Justification. In such A small town thru the Prison has Many things J. TV.CC Does not Drumgo is restricted and experiencing a Punishment that Delaware's Superior Court Did Not sentence him to which is torture.

1

4. This benefits the Defense in All Cases because the Plaintiff is Unable to freely litigate from legal mail to Legal research to Adequate access to the Courts there Recently the Plaintiff has suffered irreparable harm Causing the Plaintiff Case No. CPU4-18-000832 to be dismissed this again benefitting the Defense

5. The Plaintiff when he had Attorney Joseph B. Cicero And Stephanie Habelow Despite facing A trial in U.S. District Court Was Deprived Legal Call's his Legal mail was olewed before reaching his Presents his first Legal call Was No good beings Thus the Counselor Tom's And Two Correctional Officers Sat at the same table invading Attorney Priviledged conversation The Plaintiff Knowing this was a violation of Manu dimension refused to discuss his Case infront of State Agents.

6. The Attorney's Joseph B. Cicero & Stephanie Habelow Stressed to the Court the difficulty the Deprivation of The Rights of A Attorney and Attorney & client Priviledges this benefitting the Defense However the Fact that the Plaintiff Had Concorned Attorney's this prevented a dismissal and helt the Court Aware of All that Was Occuring beings thus Counsel was Consistant and Diligent This is need in all the plaintiff's cases beings thus his new Legal mail is olewed outside his presents often Deprived, that.ng No real mail to receive updated law - case law. Plaintiff has had to go on hunger to obtain a legal call this being outrageous.

7. The Defendant's have Three Attorney's litigating against One NU handicalled (Due to such Deprivations) and solitude Again with no Justification the Plaintiff Knows the Defendants and it's Attorney's made this hallow and it benefit's them Greatly

8. The Plaintiff wishes to heep All his Cases Active And moving forward for trial and would like this Put on record so it Adequate Access And or INgoing and Outgoing mail is Deprived the Plaintiff's Case is Not dismissed.

9. The Plaintiff would Also like the Court to know because Coaltownship has failed to file the 6 month Account Statement And form of Pauleris To the Delaware Court of Common Pleas his Case was wrongentully dismissed Cause the harm to be irreparable

For the following Reason's the Plaintiff Respectfully Ash or Requests That this Motion be granted.

Respectfully Submitted

D. Dunger

4-1-18

3

Name Da-Shawn Drumao sr

Number NC 1640    unit 424

1 Kelley Drive

Coal Township, PA 17866-1021

**INMATE MAIL**
**PA DEPT OF**
**CORRECTIONS**

US POSTAGE PITNEY BOWES

ZIP 17866  $ 000.47⁰
02 4W
0000341996 APR 02 2018

RHU MAIL

2018 APR 4 PM 2:45 To. The United States District
Court for Delaware
844 N. hing Street #18
Wilmington, Delaware
19801