United States District Court of Delaware

DeShawn Drumgo SR

Ca No. 1:17-CV-01135 GMS

v

SGT Kuschell



1) Motion for Appointment of Counsel
2) Motion for Discovery
_____

1) The Pro Se litigant is in Need of All Discoverable material
2) The Defense has yet to Provide such
3) The Plaintiff Needs Assistance Recovering All discoverable Items
4) This Case has been Reversed And Remand By the Third Circuit Court of Appeals because the Defense has been Caught withholding discoverable Items that some how landed in the Plaintiff's lap This Proved the trickery, befoolery and the deprivation the Defense has been Pulling for years And having the DOC official's Concur the lies cover-ups and deprivation
5) The Question becomes the same Question Asked By civil Attorney Stephen Hampton who is Going to Prosecute DOC? And it's Agent's?
6) The Plaintiff is in need of Assistance to recover Discovery and Proceed toward trial.
7) SGT Kuschel's voyeurism must be Put to A End. Such Acts must be Punished for this is A Predator with more Victims then Bill Cosby.

Fore the foregoing Reason's Drumgo Request   3-13-19
Appointment of Counsel And that All Discovery Be turned over. Respectfully submitted

Clerk of the Court Could you Please send me A copy of the Docket in Regards to Case NO. 1:14-CV-01135

Thank you for your time And Efforts

And could you Please put this motion on the Docket.

Thank you for your time & effort

D.D 80

3-13-19

Smart Communications/PADOC
SCI Frackville
De-Shawn Drumgo SR
NC1640
P.O.Box. 33028
ST. Petersburg, FL
33733

INMATE MAIL
PA DEPT OF CORRECTIONS

US POSTAGE >> PITNEY BOWES
ZIP 17932 $ 000.50
02 4W
0000364159 MAR 15 2019

To: United States District Court
for Delaware
844 N. King Street #18
Wilmington, DE 19801

FILED
MAR 18 2019
US DISTRICT COURT
DISTRICT OF DELAWARE