IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 14-1135-CFC |
| SGT. WILLIAM KUSCHEL, | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 25th day of March, 2019, consistent with the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment is **GRANTED**. (D.I. 96)

2. Defendant's motion to supplement/correct the record is **GRANTED**. (D.I. 132)

3. Plaintiff's request for counsel is **DENIED** as moot. (D.I. 143)

4. The Court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

5. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff and to **CLOSE** the case.

_____
UNITED STATES DISTRICT JUDGE