IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 14-1135-CFC |
| SGT. WILLIAM KUSCHEL, | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 25, 2019;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant Sgt. William Kuschel and against Plaintiff DeShawn Drumgo.

_____
United States District Judge

Dated: 3·26·19

_____
(By) Deputy Clerk