~~In the Third Circuit Court of Appeal for~~
~~Philadelphia~~

De-Shawn Drumgo Sr
 v
SGT William Kuschel

Ca No. 1:14-CV-01135CFC



FILED
APR 22 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for Appeal
And or STAY

1. The Plaintiff is a Pro Se litigant
2. This case has already been reversed by this Honorable 3rd Circuit Court
3. The Lower Court has thrown out once again two case that were Reversed and remanded
4) Where's the Plaintiff has caught and exposed the Defense has withheld a Grievance that had his case Dismissed thus causing a reversal.
  B) the Plaintiff has established Genuine factual material that exist to Preclude summary Judgement Instead the District Court Gives the Defense a way out. Despite Affidavit's, Grievance, and Sworn identified complaints by simply invoking Qualified Immunity for his own Voyeurism / Sexual Assault.
5) The Judge Made a decision that Only the Jury should be able to decide.
6) Drumgo the Plaintiff would like a opportunity to present his Brief and Arguments at exposure
Respectfully submitted
D. Dgo  4.14.19

Ke'Shawn Arringo
ASC 1640
SCI - Frackville
1111 Altamont blvd
Frackville, PA
17931-2699

FILED
APR 22 2019
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: The United States District Court
Judge Connolly
844 N. King Street # Unit #18
Wilmington, Delaware
19801-3570

"Inmate Mail PA DEPT. OF CORRECTIONS"