IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 14-1135-CFC ) |
| SGT WILLIAM KUSCHEL, | ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 16th day of May, 2019, for the reasons set forth in the Memorandum issued this date,

IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration (D.I. 150) is **denied**.

_____
UNITED STATES DISTRICT JUDGE