UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-1917
_____

DE SHAWN DRUMGO,
                Appellant

v.

SGT WILLIAM KUSCHEL
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1-14-cv-01135)
District Judge: Honorable Colm F. Connolly
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
May 11, 2020
Before: SHWARTZ, RESTREPO and NYGAARD, Circuit Judges
_____

**JUDGMENT**
_____

      This cause came to be considered on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on May 11, 2020. On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 26, 2019, be and the same is hereby affirmed in part, vacated in part, and remanded for further proceedings. Each side shall bear its own costs. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 11, 2020

Certified as a true copy and issued in lieu of a formal mandate on  June 2, 2020

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**