United States District for Delaware

DeShawn Drumgo sr

V

Kuschel

Case No. 1:14-CV-01135 GMS



Motion for Appointment of Counsel And Injunction to have A Copy of the entire Record & Docket And or have his Legal Documents turned over.

1. Plaintiff is A Pro se litigant

2. Plaintiff is Need of A Attorney Because the Plaintiff is Again being Deprived of All Legal work, research, and Decisions

3. Plaintiff is Being Deprived of Adequate Access to the Courts

4. SCI Cumphell totally has No Regard for the Constitution thus making it clear they Don't Answer to Nobody This Benefit the Defense often to A Great magnitude this Matter is Redundant.

5. SCI Cumphell Staff are Facistly Racist And have A Prejudice for the Plaintiff Because he Came from J. Tull Delaware's Uprising where A Officer was killed.

6. Plaintiff needs Counsel so that he can Appeal and retrieve all the things Needed to continue such litigation

7. Plaintiff has 3 cases to litigate this Case, 1:18-CV-02048-LPS And his Appeal for Actual innocence with the NLPA. org

8. Plaintiff Tablet was Stolen By A C.O. Cline & Johnson And when the Plaintiff Spoke up he was lied on & sent wrongfully to the Hole

9. Retaliation & Harrassment needs to Be Stopped

Respectfully
D. Drumgo 5-29-20

DeShawn Drumgo SR
#NC1640
SCI Camphill
2500 Lisburn Road
Camphill, PA 17001-8837

United State District Court
for Delaware
844 N. King St Lockbox #18
Wilmington, Delaware
19801