IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 14-1135-CFC |
| SGT. WILLIAM KUSCHEL, | ) ) ) |
| Defendant. | ) |

### ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington this Eighth day of June 2020, the Court having determined that Plaintiff is appearing in this matter *pro se* because Plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for Plaintiff by an attorney in this case;

IT IS HEREBY ORDERED that:

The case is reopened. *See Drumgo v. Kuschel*, __ F. App'x __, 2020 WL 2316047 (D. Del. May 11, 2020).

IT IS FURTHER ORDERED that:

1.   The Clerk of Court is directed to attempt to refer representation of Plaintiff to a member of the Federal Civil Panel.

2.   The Court's standing order and its amendments regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

3.   The matter remains stayed pending the attempt to refer representation of the Plaintiff to a member of the Federal Civil Panel.

_____
UNITED STATES DISTRICT JUDGE