IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 14-1135 (CFC) |
| SGT. WILLIAM KUSCHEL, | ) ) ) |
| Defendant. | ) ) |

### ORDER RECOGNIZING REPRESENTATION

Pursuant to Federal Civil Panel guidelines incorporated herein, the Court recognizes that Daniel M. Silver, Esquire, and Alexandra M. Joyce, Esquire of McCarter & English, LLP, have agreed to represent the Plaintiff, DeShawn Drumgo as Counsel of Record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court. The STAY is lifted.

DATE: 9·1·20

_____
United States District Judge