IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | |
| Plaintiff, | C.A. No. 14-1135-CFC |
| v. | **JURY TRIAL DEMANDED** |
| SGT. WILLIAM KUSCHEL, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER REGARDING LIMITED DISCOVERY AND CASE SCHEDULE**

WHEREAS, a two-day jury trial is scheduled for this action, beginning on December 13, 2021 at 8:30 a.m. (*see* June 7, 2021 Oral Order);

WHEREAS, counsel for the parties have conferred and have agreed that certain limited deposition and written discovery needs to be completed in this action prior to trial, including the deposition of Defendant, who has yet to be deposed in this case; the depositions of three inmate witnesses who submitted affidavits in support of Plaintiff's claims in this case; and limited written discovery requests; and

WHEREAS, the parties have agreed upon a limited schedule for this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties, and subject to the approval of the Court that:

1. The following deadlines shall apply in this case:

| Event | Deadline |
|---|---|
| Deadline for Completion of Depositions | September 17, 2021 |
| Close of Fact Discovery | September 17, 2021 |
| Deadline for the parties to meet and confer regarding proposed Motions *in Limine* and schedule for briefing Motions *in Limine* (if any) | October 6, 2021 |
| Deadline to file Motions for Leave To File Motions For Summary Judgment (if any)[1] | September 24, 2021 |
| Deadline for Plaintiff to provide draft of Pre-Trial Order to Defendant (Local Rule 16.3(d)) | October 8, 2021 |
| Deadline for Defendant to provide draft of Pre-Trial Order to Plaintiff (Local Rule 16.3(d)) | October 26, 2021 |
| Proposed Pre-Trial Order, Jury Instructions, Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, Special Verdict Form | November 9, 2021 at 6:00 p.m. |
| Pre-Trial Conference | November 30, 2021 at 3:00 p.m. |
| Jury Trial | December 13, 2021 at 8:30 a.m. (unchanged) |

---

[1] The parties acknowledge that summary judgment practice, if it occurs, will necessitate moving the trial date.

2

2. The parties shall follow the procedures set forth in this Court's form Scheduling Order for Non-Patent Cases, including in the event that a discovery dispute arises (paragraph 7); for pretrial submissions (paragraphs 13-16, 18); and for trial (paragraph 19). Those procedures are incorporated by reference as if fully stated herein.

Dated: July 15, 2021

| | |
|---|---|
| **STATE OF DELAWARE**<br>**DEPARTMENT OF JUSTICE** | **MCCARTER & ENGLISH, LLP** |
| /s/ Anna Elizabeth Currier | /s/ Daniel M. Silver |
| Anna Elizabeth Currier (#6271)<br>Zi-Xiang Shen (#6072)<br>Carvel State Building<br>820 North French Street<br>Wilmington, DE 19801<br>(302) 577-8400<br>Anna.currier@delaware.gov<br>Zi-Xiang.Shen@delaware.gov | Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| *Attorneys for Defendant*<br>*William Kuschel* | *Attorneys for Plaintiff*<br>*DeShawn Drumgo* |

SO ORDERED, this 15th day of July,

_____
United States District Judge

3