

## JURY VERDICT SHEET

Do you unanimously find, by a preponderance of the evidence, the following:

1.  Did DeShawn Drumgo prove that William Kuschel committed an act that violated Mr. Drumgo's Eighth Amendment rights?

    Yes____✕____          No _____

    **If your answer is Yes, go to question 2.**

    **If your answer is No, go to the Final Instruction (page 3).**

2.  Did DeShawn Drumgo prove he suffered injuries as a result of William Kuschel's act?

    Yes_____          No ____✕____

    **If your answer is Yes, go to question 3.**

    **If your answer is No, check here ✕ to award Mr. Drumgo nominal damages of $1.00 and go to question 5.**

3.  Please state the amount, if any, that will fairly compensate DeShawn Drumgo for any injury he actually suffered as a result of William Kuschel's violation of Mr. Drumgo's Eighth Amendment rights.

    $_____
    (fill in dollar figure)

    **After completing question 3, go to question 4.**

4.  Did William Kuschel act maliciously or wantonly in violating DeShawn Drumgo's Eighth Amendment rights?

    Yes_____          No _____

    **If your answer is Yes, go to question 5.**

**If your answer is No, go to the Final Instruction (page 3).**

5. Do you wish to award punitive damages against William Kuschel?

Yes____✗____          No _____

**If your answer is Yes, fill in the amount of punitive damages you wish to award below.**

$ ___$500,000___

**If your answer is NO, go to the Final Instruction (page 3).**

2

### Final Instruction

When you have completed the necessary questions above, you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign and date the verdict form in the spaces below and let the Court Security Officer know that you have reached a verdict. The Foreperson shall retain possession of the verdict form and bring it to the courtroom with the jury.

So say we all this _14th_ day of _December_ 2021.



Foreperson _____

_Dec. 14, 2021_
Date

UNITED STATES DISTRICT COURT JUDGE

3