IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 14-1135-CFC |
| | ) |
| SGT. WILLIAM KUSCHEL, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

For the reasons set forth in the Jury Verdict of December 14, 2021;

IT IS ORDERED that judgment is entered in favor of Plaintiff DeShawn Drumgo and against Defendant Sgt. William Kuschel in the amount of $500,001.

_____
Chief Judge

Dated: 12.16.21

_____
(By) Deputy Clerk