# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-1135 CFC |
| | ) |
| SGT. WILLIAM KUSCHEL, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND TO ALTER OR AMEND JUDGMENT, OR IN THE ALTERNATIVE, FOR A NEW TRIAL

Pursuant to Federal Rules of Civil Procedure 50(b), 59(a), and 59(e), Defendant Sgt. William Kuschel ("Defendant") hereby moves the Court for entry of an order granting him judgment as a matter of law and altering or amending the judgment, or in the alternative, for a new trial. The grounds for Defendant's motion are set forth in Defendant's Memorandum of Law, filed herewith.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

<u>*/s/ Zi-Xiang Shen*</u>
Zi-Xiang Shen (#6072)
Kenneth L. Wan (#5667)
Deputy Attorneys General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Zi-Xiang.Shen@delaware.gov
Kenneth.Wan@delaware.gov
*Attorneys for Defendant*

Dated: January 13, 2022

IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 14-1135 CFC |
| | ) |
| SGT. WILLIAM KUSCHEL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, Defendant has moved pursuant to Federal Rules of Civil Procedure 50(b), 59(a), and 59(e) for an order directing judgment as a matter of law and altering or amending the judgment, or in the alternative, for a new trial,

**IT IS ORDERED** this _____ day of _____, **2022,** that Defendant's Motion is GRANTED.

_____
United States District Judge