# EXHIBIT A



RECEIVED/PAID

APR 27 2009

o-l

SUPERIOR COURT
CLERK'S OFFICE

CHG

**LADDEY, CLARK & RYAN, L.L.P.**
Attorneys-at-Law
60 Blue Heron Road, Suite 300
Sparta, New Jersey 07871-2600
(973) 729-1880
Attorneys for Plaintiff, Amy Metzler

FILED

MAR 25 2009

Edward V. Gannon, J.S.C.
JUDGE'S CHAMBERS
SUSSEX COUNTY COURTHOUSE

MAY 06 2009

RECORDED AS A LIEN

| AMY METZLER, | SUPERIOR COURT OF NEW JERSEY |
| --- | --- |
| Plaintiffs, | LAW DIVISION: SUSSEX COUNTY |
| -vs- | Docket No. SSX-L-09-04 |
| | **CONSOLIDATED DOCKET:** |
| PHILLIP J. KURTZ, D.M.D., TRI- STATE ORAL AND MAXILLOFACIAL SURGERY GROUP, P.A., HOWARD SOSNA, D.D.S., ABC CORPORATIONS (said name being fictitious and presently unknown) and JANE DOE, R.N. or INDIVIDUAL 1-10 (said names being fictitious and presently unknown), | **SSX-L-009-04** |
| | CIVIL ACTION |
| Defendants. | **ORDER FOR JUDGMENT FOR PLAINTIFF IN A JURY ACTION AGAINST J. PHILLIP KURTZ IN THE AMOUNT OF $344,584.80 (includes prejudgment interest)** |

114099-09

**THIS ACTION** came on for trial before the Court and a Jury on January 5, 2009, Laddey Clark & Ryan, LLP, attorneys for plaintiff, Andrew A. Fraser, Esq. and Lauren D. McFadden, Esq. appearing; Law Offices of Stephen H. Schechner, attorney for defendant, Stephen H. Schechner, Esq. appearing; Budd, Larner, Rosenbaum, Greenberg & Sade, attorney for defendant, Cynthia A. Walters, Esq. appearing, and the cause having been heard and submitted to the jury and the jury having rendered a verdict in the sum of **$275,000** in favor of plaintiff for compensatory damages, and a sum of **$100** for punitive damages.