# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CORNELL L. WARREN, }
}
Plaintiff, }
} No. 08-250
vs. }
} Magistrate Judge Lenihan
SALVATORE CARDENAS, }
}
}
Defendant. }

## VERDICT SLIP

1. Do you find by a preponderance of evidence that Defendant Cardenas broke Mr. Warren's finger in violation of Mr. Warren's constitutional rights as explained by the Court?

(Check the appropriate box)

__✓__ Yes      _____ No

**If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, your deliberations are concluded and you should sign and date the form.**

2. Do you find by a preponderance of evidence that Defendant Cardenas' actions in breaking Mr. Warren's finger caused actual injury to Mr. Warren?

(Check the appropriate box)

__✓__ Yes      _____ No

3a. If you answered "Yes" to Question 2, enter the total dollar amount that will compensate Mr. Warren for any physical injury or emotional pain and mental anguish that he sustained as a result of Defendant Cardenas' conduct:    $ __50,000__

3.b. Should Mr. Warren be awarded prejudgment interest as explained in the jury charge?

(Check the appropriate box)

_____ Yes      ✓ No

3.c. If you answered "no" to Question 2 above, please enter one dollar ($1.00) nominal damages.   $ ~~1.00~~  $40  *nma*  BW-H
H.C.G.  25w   QB.

4. Do you find by a preponderance of evidence that Defendant Cardenas acted maliciously or wantonly in violating Mr. Warren's constitutional rights as explained by the Court?

(Check the appropriate box)

✓ Yes      _____ No

**If you answered "Yes" to Question 4, proceed to Question 5. If you answered "No" to Question 4, your deliberations are concluded and you should sign and date the form.**

5. What amount of punitive damages do you award to Mr. Warren as a result of Defendant Cardenas' conduct?   $ 75,000 .

**After you have completed this Verdict Form, sign and date below:**

DATE: June 1, 2012

_____
Foreperson

_Luke Westerman_

_Barbara M. Hartz_

_Nancy R. McBride_

_Howard C. Grau_

_Janice L. Blanock_