## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 14-1135 CFC |
| | ) |
| SGT. WILLIAM KUSCHEL, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF COMPLIANCE WITH WORD COUNT LIMITATIONS AND TYPEFACE REQUIREMENTS

The undersigned counsel for Defendant hereby certifies that: (i) the Renewed Motion for Judgment as a Matter of Law and to Alter or Amend Judgment, or in the alternative, for a New Trial has a word count of 62 words; (ii) the Memorandum of Law has a word count of 3,590 words; and (iii) these two documents have a typeface of Times New Roman at 14-point font.  The word counts exclude the parts exempted by the Federal Rules of Civil Procedure and the District of Delaware Local Rules.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

<u>*/s/ Zi-Xiang Shen*</u>
Zi-Xiang Shen (#6072)
Kenneth L. Wan (#5667)
Deputy Attorneys General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Zi-Xiang.Shen@delaware.gov
Kenneth.Wan@delaware.gov
*Attorneys for Defendant*

Dated: January 13, 2022