## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DE SHAWN DRUMGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 14-1135-CFC |
| SGT. WILLIAM KUSCHEL, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER
## TO STAY PROCEEDINGS TO ENFORCE JUDGMENT

WHEREAS, on December 16, 2021, the Court entered a final judgment in the above-captioned matter in favor of Plaintiff De Shawn Drumgo ("Plaintiff") and against Defendant William Kuschel ("Defendant") in the amount of $500,001 (the "Judgment") (D.I. 213); and

WHEREAS, on January 13, 2022, Defendant filed a Renewed Motion for Judgment as a Matter of Law and Motion to Alter or Amend Judgment or, in the Alternative, Motion for a New Trial (the "Post-Trial Motion") (D.I. 217); and

WHEREAS, on January 18, 2022, Defendant filed a Motion to Stay Judgment (the "Motion to Stay") (D.I. 219); and

WHEREAS, the Motion to Stay represents that the State of Delaware has agreed to indemnify Defendant.  (D.I. 219 ¶ 7).

ME1 39490407v.3

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**

by and between Plaintiff and Defendant, through their undersigned counsel, and

subject to the approval of the Court, as follows:

1.      Execution of the Judgment (D.I. 213) is stayed as to all parties

pursuant to Fed. R. Civ. P. 62(b) pending resolution of post-trial motions and until

further Order of the Court.

2.      The parties shall confer following the Court's ruling on post-trial

motions to determine whether to maintain the stay or whether further motion

practice is necessary.

3.      Absent further order of the Court, the stay on execution shall

immediately end upon the earlier of: (i) the expiration of the time for appeal, if no

appeal is filed; or (ii) the final disposition of any timely appeal, as evidenced by

the issuance of a mandate by the United States Court of Appeals for the Third

Circuit.

4.      Any amounts paid by or on behalf of Defendant to Plaintiff in

connection with this matter, whether in satisfaction of a judgment, settlement or

otherwise, will be made payable to McCarter & English, LLP, counsel for

Plaintiff.

ME1 39490407v.3

5.      Upon approval by the Court, this Stipulation will be a Court order that

both Plaintiff and Defendant are bound by, and may not be modified by the parties

without further order of this Court.


Dated:  February 8, 2022

| | |
|---|---|
| */s/ Daniel M. Silver* | */s/ Zi-Xiang Shen* |
| Daniel M. Silver (No. 4758) | Zi-Xiang Shen (No. 6072) |
| Angela C. Whitesell (No. 5547) | Kenneth L. Wan (No. 5667) |
| Shannon D. Humiston (No. 5740) | Deputy Attorneys General |
| Alexandra M. Joyce (No. 6423) | Carvel State Office Building |
| MCCARTER & ENGLISH, LLP | 820 North French Street, 6th Floor |
| Renaissance Centre | Wilmington, Delaware 19801 |
| 405 N. King Street, 8th Floor | (302) 577-8400 |
| Wilmington, DE 19801 | Zi-Xiang.Shen@delaware.gov |
| (302) 984-6300 | Kenneth.Wan@delaware.gov |
| dsilver@mccarter.com | |
| awhitesell@mccarter.com | *Attorneys for Defendant* |
| shumiston@mccarter.com | |
| ajoyce@mccarter.com | |

*Attorneys for Plaintiff*


**SO ORDERED**, this _____ day of _____, 2022.


_____
United States District Court Chief Judge