## WORD COUNT CERTIFICATION

The undersigned counsel hereby certifies that the foregoing *Plaintiff's Brief in Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law and Motion to Alter or Amend Judgment or, in the Alternative, Motion For a New Trial* was prepared in 14-point Times New Roman font and contains 4,810 words, excluding the caption, title, and signature blocks, which were counted by Daniel M. Silver, Esq., using the word count feature in Microsoft Word.

/s/ *Daniel M. Silver*
Daniel M. Silver (#4758)