# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SGT. WILLIAM KUSCHEL, ) <br> ) <br> Defendant. ) | C.A. No. 14-1135 CFC |

## CERTIFICATE OF COMPLIANCE WITH WORD COUNT LIMITATIONS AND TYPEFACE REQUIREMENTS

The undersigned counsel for Defendant hereby certifies that: (i) the Reply in Further Support of Defendant's Renewed Motion for Judgment as a Matter of Law and to Alter or Amend Judgment, or in the alternative, for a New Trial has a word count of 1,770 words; and (ii) the document has a typeface of Times New Roman at 14-point font. The word count excludes the parts exempted by the Federal Rules of Civil Procedure and the District of Delaware Local Rules.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Zi-Xiang Shen*
Zi-Xiang Shen (#6072)
Kenneth L. Wan (#5667)
Deputy Attorneys General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Zi-Xiang.Shen@delaware.gov
Kenneth.Wan@delaware.gov
*Attorneys for Defendant*

Dated: February 25, 2022