IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO,<br><br>Plaintiff,<br><br>v.<br><br>SGT. WILLIAM KUSCHEL<br><br>Defendant. | Civil Action No. 14-1135-CFC |

## ORDER

At Wilmington this Twenty-fourth day of August in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant William Kuschel's Renewed Motion for Judgment as a Matter of Law and to Alter or Amend Judgment, or in the Alternative, for a New Trial (D.I. 217) is **DENIED** insofar as it seeks a new trial and **GRANTED** insofar as it seeks to amend the judgment. **IT IS FURTHER ORDERED** that the jury's punitive damages award of $500,000 is reduced to $5,000.

_____
CHIEF JUDGE