# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DE SHAWN DRUMGO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SGT. WILLIAM KUSCHEL, ) <br> ) <br> Defendant. ) | C.A. No. 14-1135-CFC |

## NOTICE OF APPEAL

Notice is hereby given that De Shawn Drumgo, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from: the August 24, 2022 Order (D.I. 231) granting in part Defendant William Kuschel's Renewed Motion for Judgment as a Matter of Law and to Alter or Amend Judgment, or in the Alternative, for a New Trial (D.I. 217) and reducing the jury's award of punitive damages to Plaintiff.

Dated: September 21, 2022

McCARTER & ENGLISH LLP

*/s/ Kate Buck*
Kate R. Buck, Esq.
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
kbuck@mccarter.com

ME1 42355022v.1

>Ryan A. Richman, Esq. *(application for admission forthcoming)*
>Connor E. Phalon, Esq. *(application for admission forthcoming)*
>M<small>C</small>C<small>ARTER</small> & E<small>NGLISH</small>, LLP
>Four Gateway Center
>100 Mulberry St.
>Newark, NJ 07102
>rrichman@mccarter.com
>cphalon@mccarter.com
>
>*Attorneys for Plaintiff*